## HOOVEN v. OKLAHOMA COTTON GROWERS' ASS'N.

No. 16702—Opinion Filed June 8, 1926.

### Case Followed.

For law of the case see syllabus in Oklahoma Cotton Growers Association v. Salyer, 114 Okla. 77, 243 Pac. 232.

(Syllabus by Ray, C.)

Commissioners' Opinion, Division No. 1.

Error from District Court, Carter County; W. F. Freeman, Judge.

Action by Oklahoma Cotton Growers Association against N. M. Hooven. Judgment for plaintiff, and defendant appeals. Reversed.

Sigler & Jackson, for plaintiff in error.

Opinion by RAY, C. It is apparent from an examination of plaintiff in error's brief and the record, that the case is controlled by the case of Oklahoma Cotton Growers Association v. Salyer, 114 Okla. 77, 243 Pac. 232. A similar contract was there held to be illegal and unenforceable. For the law of the case, see the syllabus in that case.

The judgment is reversed, with directions to dismiss the action.

By the Court: It is so ordered.